# EXHIBIT 1

103d930823961bce

3 pgs. L.J.

**FILED**

JAN 17 2019

Clerk
Superior Court
of the District of Columbia
Small Claims Branch



### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division - Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Wacca Merid / Daniel Asnake
*Plaintiff(s)*

5727 16TH St. N.W.
WASHINGTON DC 20011
*Address* _____ *Zip Code*

Phone No. 202-705-2006

vs.

(1) SPECIALIZED LOAN SERVICING LLC (SLS)
*Defendant(s)*

(2) DEUTSCHE BANK NATIONAL TRUST Co

(3) AS TRUSTEE FOR GSAMP TRUST 2006-FM1

No. SC 2019 SC3000261

### STATEMENT OF CLAIM

FAILURE TO RESPOND TO QUALIFIED WRITTEN REQUEST
PURSUANT TO REAL ESTATE PROCEDURES ACT. RESPA
12 USC 2605E DEFENDANT RECEIVED THE QUALIFIED WRITTEN REQUEST
ON JULY 25 2017 DEFENDANT HAS FAILED TO RESPOND. AND IS IN VIOLATION OF RESPA

DISTRICT OF COLUMBIA, ss: Daniel Asnake _____ being first duly sworn on oath says
the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds
of defense.

_____ DANIEL ASNAKE _____ 5727 16TH St. N.W.
Plaintiff/Agent (Sign and Print Name) _____ *Address* WASHINGTON DC 20011
_____ *City/State/Zip Code*
Title: _____ Phone No.: 202-705-2006

Subscribed and sworn to before me this 17th day of January 20 19

Latosha Jones _____
*Deputy Clerk (Notary public)*

Attorney for Plaintiff (Sign and Print Name)

Address _____ Zip Code
Bar No.: _____ Phone No.: _____

RECEIVED

JAN 23 2019

### NOTICE (All parties must notify the court of any address changes.)

SLS Specialized Loan
Servicing LLC

To: (1) SPECIALIZED LOAN SERVICING LLC (2) DEUTSCHE BANK NATIONAL TRUST Co. AS TRUSTEE
PO Box 630147 Littelton Co 80163 *Defendant* FOR GSAMP TRUST 2006-FM1 *Defendant*
8742 Lucent Blvd. #300 Highland Ranch Co.80129 1761 St. ANDREW Plc. Santa Ana, CA. 92705
*Address* _____ *Zip Code* 80129 *Address* _____ *Zip Code*
☐ Home ☑ Business _____ ☐ Home ☑ Business

You are hereby notified that Wacca Merid and Daniel Asnake _____
_____ has made a claim and is requesting judgment

against you in the sum of EIGHT THOUSAND _____ dollars ($8,000.00),

as shown by the foregoing statement. The court will hold a hearing upon this claim on 2/7/2019 _____
_____ at

9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES

*Deputy Clerk*
*Small Claims and Conciliation Branch*

CV-471/Aug 2017

### INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services at (202)269-5100 or The DC Law Students in Court Program at (202) 638-4798 or Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161 or if you need further help come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the D.C. Bar Website at: www.lawhelp.org/dc. Act Promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, EDIFICIO B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**SMALL CLAIMS AND CONCILIATION BRANCH**
**INFORMATION SHEET**

_Wacca Merid and Daniel Asnake_          Case No: _2019 SC3000261_
Plaintiff

vs
_Specialized Loan Servicing LLC_
_Deutsche Bank National Trust Co. asTrustee_    Date: _1/17/2019_
Defendant

---

Name: (please print)   _Daniel Asnake_

Relationship to Lawsuit

Firm Name, if applicable

☐ Attorney for Plaintiff

☑ Self (Pro Se)

_202-705-0006_
Telephone No:        6 Digit Unified Bar No. ☐ Other:

| Do you need an interpreter for your case? ☐ Yes  ☑ No  If yes, what type: |
| --- |

AMOUNT IN CONTROVERSY:   ☐ $1 -$500   ☐ $500.01 - $2,500   ☑ $2,500.01 - $10,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No: _2015 CA 007554 R (RP)_   Case No: _2018 LTB 025822_

NATURE OF SUIT: (Check Appropriate Box(s))

**(A.) CONTRACTS** – a claim based on an agreement between parties made either orally or in writing

☐ Debt Suit              ☐ Breach of Warranty            ☐ Negotiable Instrument
☐ Personal Property      ☐ Loan                          ☐ Rent Due
☐ Unpaid Wages           ☐ Services Rendered             ☐ Security Deposit
☐ Breach of Contract     ☐ Home Improvement Contract     ☐ Oral

_FAILED TO RESPOND FOR REQUEST OF, QUALIFIED WRITTEN REQUEST_

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another

☐ Automobile             ☐ Conversion                    ☐ Shop Lifting
☐ Property Damage        ☐ Destruction of Property       ☐ Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another

☐ Assault and Battery    ☐ False Witness                 ☐ Libel and Slander
☐ Automobile             ☐ Personal Injury               ☐ Negligence
☐ Harassment             ☐ Fraudulent Misrepresentation  ☐ Slip and Fall

**D.** ☐ UNIFORM ARBITRATION ACT – an action    **G.** ☐ SUBROGATION – a claim filed by one
based on an arbitration agreement                person in the place of another

**E.** ☐ FOREIGN JUDGMENT- a judgment, decree or  **H.** ☐ COLLECTION- a claim filed by a seller or
order filed from another jurisdiction            lender to collect a consumer debt

**F.** ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes   ☐ No

CV-3046/Rev. Dec. 2016

**SUPERIOR COURT**
**OF THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

**OFFICIAL BUSINESS**
**PENALTY FOR MISUSE**

CERTIFIED MAIL

7018 0360 0000 2712 2300

SPECIALIZED LOAN SERVICING LLC
Post Office Box 630147
LITTLETON, CO 80163
2019 SC3 000261  February 07, 2019

8016380147 B002



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 20001 $ 006.67⁰
02 1W
000 1402440 JAN 18 2019

